## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

        vs.

VICTORIA GODINEZ-SORIA,

                                    Defendant.

17 AUG 16 AM 11: 36

Case No. 17CR1641-LAB

DEPUTY *PJ^*

JUDGMENT OF DISMISSAL

---

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐    the Court has dismissed the case for unnecessary delay; or

☒    the Court has granted the motion of the Government for dismissal, without prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☐    the jury has returned its verdict, finding the defendant not guilty;

☒    of the offense(s) as charged in the Information:

21:952,960,963;18:2

_____

_____

_____

Dated:  8/15/2017

Hon. Jan M. Adler
United States Magistrate Judge